UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CERBA RESEARCH USA, INC.,

                  Plaintiff,

      -against-

CHRISTOPHER POLINO,

                  Defendant.
-------------------------------------------------------------X

For Online Publication Only

**ORDER**
21-CV-2856(JMA)(ARL)

FILED
CLERK
4:46 pm, Sep 20, 2021
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**AZRACK, United States District Judge:**

    By Electronic Order dated September 17, 2021, the Court granted the application filed by Christopher Polino ("defendant") for the appointment of <u>pro bono</u> counsel to represent him in this case for the limited purposes of exploring the possibility of settlement and any limited discovery in connection thereto. Accordingly, the Court appoints Harris Beach, PLLC, by Jared A. Kasschau, Esq., to represent defendant. Counsel shall file a Notice of Appearance and contact defendant forthwith.

    The Clerk of the Court is directed to mail a copy of this Order to the defendant at his address of record and to Mr. Kasschau at Harris Beach PLLC, 333 Earle Ovington Blvd., Ste. 901, Uniondale, NY 11553.

    **SO ORDERED**.

        Dated:     September 20, 2021
                      Central Islip, New York          /s/ (JMA)
                                                               JOAN M. AZRACK
                                                             UNITED STATES DISTRICT JUDGE